STANLEY R. APPS (SBA No. 309425)
Law Offices of Robert S. Gitmeid, P.C.
4424 Bellingham Avenue
Studio City, CA 91604
Telephone: (310) 709-3966
Email: stanley.a@gitmeidlaw.com

*Attorneys for Plaintiff Karen Abigail L Tungol*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Karen Abigail L Tungol,<br><br>    Plaintiff,<br><br>    v.<br><br>The Moore Law Group, a Professional Corporation; and JPMorgan Chase Bank, N.A.,<br><br>    Defendants. | Case No.: 8:23-cv-00942-WLH-DFM<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF ENTIRE CASE**<br><br>Judge: Hon. Wesley L. Hsu |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF ENTIRE CASE**

TO THIS HONORABLE COURT AND ALL ATTORNEYS OF RECORD:

   The Plaintiff, KAREN ABIGAIL L TUNGOL, by and through counsel, hereby VOLUNTARILY DISMISSES all Defendants in this matter WITH PREJUDICE, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

   Dated: November 14, 2023

_____
Stanley R. Apps
*Attorneys for Plaintiff*